UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 2:25-cv-01680-JLS-SP | Date | July 18, 2025 |
|---|---|---|---|
| Title | Anttwaine Dunlap v. FCI Victorville Warden Medium I | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:
None                                                                None

**Proceedings:**        **(In Chambers) Order to Show Cause Why the Case Should Not Be Dismissed as Moot**

On April 21, 2025, petitioner Anttwaine Dunlap, a federal prisoner proceeding pro se, filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Docket no. 7. Petitioner contends his sentence was commuted on January 22, 2025, and with good time and First Step Act earned time credits he is entitled to immediate release. *Id*. at 10.[1]  Specifically, petitioner argues the Bureau of Prisons failed to properly apply his earned time credits. *See id.* at 10-16.

On June 25, 2025, respondent filed its Answer. Docket no. 14. The Answer is supported by the declaration of Steven Lam (docket no. 14-1, "Lam Decl.") and exhibits. Respondent contends the Amended Petition should be dismissed for failure to exhaust administrative remedies, and because petitioner is disqualified from earning First Step Act credits, and BOP would be barred from applying such credits to petitioner's sentence.

The Answer also reveals petitioner was granted an executive clemency and his projected release date was July 16, 2025. Lam Decl., ¶ 4(c), Ex. A. Given that petitioner may have been recently released, the court ORDERS respondent to file a response no later than **August 1, 2025** addressing whether this case is moot. Petitioner may file a reply within 14 days of petitioner's filing addressing the issue of mootness.

---

[1] All citations to the Amended Petition refer to the page numbers designated by the CM/ECF system.