**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ANTTWAINE DUNLAP,<br><br>                     Petitioner,<br><br>          v.<br><br>FCI VICTORVILLE WARDEN MEDIUM I,<br><br>                     Respondent. | Case No. 2:25-cv-01680-JLS-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Amended Petition and this action are dismissed.

Dated: <u>May 1, 2026</u>

_____

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE